# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Niela Peters, 8:20-cv-18049* | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Niela Peters, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Northern District of Illinois absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: March 23, 2022

                                                Respectfully submitted,

By:   */s/ Joel L. DiLorenzo*
        Joel L. DiLorenzo
        Alabama State Bar No. 7575-J64D
        THE DILORENZO LAW FIRM, LLC
        505 20th St. N, Ste. 1275
        Birmingham, AL 35203
        Phone: (205) 212-9988
        Facsimile: (205) 212-9989
        Email: joel@dilorenzo-law.com
        ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 23rd day of March, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Joel L. DiLorenzo